1  Victor J. Castellucci (CA Bar No. 203303)
   Mark D. Yuan (CA Bar No. 246146)
2  KENYON & KENYON LLP
   333 West San Carlos St., Ste 600
3  San Jose, CA  95110
   Telephone:  408.975.7500
4  Facsimile:   408.975.7501
   Email: vcastellucci@kenyon.com
5  Email: myuan@kenyon.com

6  Joseph F. Nicholson
   Michael Kelly
7  Matthew E. Moersfelder
   KENYON & KENYON LLP
8  One Broadway
   New York, NY 10004
9  Telephone:  212.425.7200
   Facsimile:   212.425.5288
10
   Attorneys for Defendants,
11 Master Entertainment, Inc. and
   Brett Henrichsen
12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15             WESTERN DIVISION - LOS ANGELES

16

17                        NOTE CHANGES MADE BY THE COURT.

18 GAYDAYS, INC.,                    Case No.  2:07-cv-06179-ABC-JWJ

19    Plaintiff,                     [PROPOSED] PROTECTIVE ORDER

20 v.

21 MASTER ENTERTAINMENT, INC.        Hon. Audrey B. Collins
   ET AL.,                           Hearing Date:  January 14, 2005
22                                   Time:  10:00 a.m.
      Defendants.                    Courtroom:  680
23

24

25

26

27

28

KENYON & KENYON
      LLP
    SAN JOSE

CASE NO. 2:07-CV-06179-ABC-JWJ                    [PROPOSED] PROTECTIVE ORDER

FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          J/M          DEPUTY

1         Upon request of the Master Entertainment, Inc. and Brett Henrichsen, it is

2 hereby ordered as follows:

3 1.     The settlement agreement entered into in connection with a prior litigation

4 arising in the United States District Court for the Southern District of New York,

5 (Case No. 06-CV-2226 (SAS) (the "Settlement Agreement") is hereby designated

6 "Confidential – Attorney's Eyes Only."

7 2.     The Settlement Agreement or its terms shall not be furnished, shown or

8 disclosed to any person except this Court, parties to the Settlement Agreement and

9 outside counsel of record for the parties involved in this litigation and where

10 appropriate, paralegal and other professional and clerical personnel employed by

11 outside counsel, including any outside copying service.

12 3.     The Settlement Agreement, and all information contained therein, shall be

13 used for no purpose except for the purposes of this litigation and shall not be

14 disclosed except in accordance with this Protective Order or other order of this

15 Court.

16 4.     All extracts and summaries of the Settlement Agreement, as well as briefs or

17 other pleadings quoting or disclosing the terms of the Settlement Agreement, shall

18 also be treated as confidential in accordance with the provisions of this Protective

19 Order.

20 5.     Any court filings quoting or disclosing the terms of the Settlement

21 Agreement shall be filed with the Court in a sealed envelope with a notation on the

22 front of the envelope as follows:

23

24         "Confidential--Subject to Protective Order.

25         This document is filed under seal pursuant to an Order of this Court entered in this action and shall not be opened

26         except by the Court, or upon order of the Court, or by stipulation of the parties."

27

28

6.      Nothing herein shall bar or restrict any attorney from rendering advice to his client with respect to this litigation and, in the course thereof, relying upon (without disclosing) examination of the Settlement Agreement.

7.      The terms of this Protective Order shall survive and remain in full force after the termination of this lawsuit and the Court shall have jurisdiction over the parties, their attorneys, and all persons to whom Settlement Agreement has been disclosed for the purpose of enforcing the terms of this Protective Order and/or redressing any violation thereof.

~~8.      The Clerk is ordered to deny access to all papers filed under seal with the Court pursuant to paragraph 3 and 5 of this Protective Order.~~

9.      Any party may seek a modification of or amendment to this Protective Order. A party seeking a modification or amendment shall first seek to obtain the agreement of the other party.  If agreement can not be obtained, the party seeking modification or amendment may upon motion, and for good cause shown, seek an order of the Court.

9. Documents to Filed under seal may be Filed physically rather than electronically.

**SO ORDERED**, this _10th_ day of _January_ 20_08_.

Hon. ~~Audrey B. Collins,~~ Jeffrey W. Johnson
United States District Court Judge